IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSE MARTIN VEGA, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 05-3232-CV-DW-H |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

Before the Court is Magistrate James C. England's Report and Recommendation (Do.c. 10) to deny Jose Martin Vega's request to proceed in forma pauperis and to dismiss without prejudice Vega's petition for writ of habeas corpus. Vega filed exceptions and amended exceptions to the Report and Recommendation. See Docs. 11, 12. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the magistrate's findings of fact and conclusions of law. Accordingly, the Court hereby

ORDERS that the magistrate's Report and Recommendation (Doc. 10) is adopted in its entirety;

OVERRULES Vega's exceptions and amended exceptions;

DENIES Vega's request to proceed in forma pauperis; and

DISMISSES WITHOUT PREJUDICE the petition for habeas relief (Doc. 1).

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: May 23, 2006